Paul A. PORTER, Administrator, Office of Price Administration, v. Floyd HANCOCK.

No. 3400.

Circuit Court of Appeals, Tenth Circuit.
Oct. 9, 1946.

David London, Director, Litigation Division, and Albert M. Dreyer, Chief, Appellate Branch, both of Washington, D. C., H. Leslie Williams, Dist. Enforcement Atty., of Albuquerque, N. M., and Max D. Melville, Regional Litigation Atty., of Denver, Colo., for appellant.

Krannawitter & Sutin, of Albuquerque, N. M., for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on appellant's motion.

A. H. RICH, Appellant, v. Paul A. PORTER, Administrator of Office of Price Administration.

No. 13260.

Circuit Court of Appeals, Eighth Circuit.
Sept. 4, 1946.

Herbert G. Nilles, of Fargo, N. D., for appellant.

Milton Klein, Director, Litigation Division, of New York City, David London, Chief, Appellate Branch, of Washington, D.C., James S. Erriksson, Enforcement Atty., and Nathan Siegel, Atty., both of New York City, for appellee.

PER CURIAM.

Appeal from District Court dismissed, on motion of appellee.

Florence Marie TOWNSEND, nee Barnett, et al., v. Yahdeka BYRD et al.

No. 3333.

Circuit Court of Appeals, Tenth Circuit.
Oct. 11, 1946.

Creekmore Wallace, Don Anderson, and B. E. Harkey, all of Oklahoma City, Okl., and C. A. Ambrister, of Muskogee, Okl., for appellants.

Malcolm E. Rosser, of Muskogee, Okl., Malcolm E. Rosser, Jr., of Duncan, Okl., Forrester Brewster, of Muskogee, Okl., Milam M. King, of Checotah, Okl., and E. C. Hopper, of Eufaula, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed for failure to prosecute.

UNITED STATES of America v. J. B. and Beulah PUCKETT.

No. 3417.

Circuit Court of Appeals, Tenth Circuit.
Oct. 7, 1946.

Curtis P. Harris, Sp. Atty., Department of Justice, of Oklahoma City, Okl., for appellant.

Wise & Ivester, of Sayre, Okl., for appellees.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal docketed and dismissed pursuant to stipulation.